MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC P. WOLF (CABN 254495)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Email: Marc.Wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0444 MAG |
|---|---|---|
| v. | ) ) ) ) | **MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION** |
| VENESSA DELAPAZ, | ) ) | |
| Defendant. | ) ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States Attorney for the Northern District of California hereby moves to dismiss the above captioned Information against the defendant Venessa Delapaz without prejudice.

DATED: _____6/24/13_____    Respectfully submitted,

                                               MELINDA HAAG
                                               United States Attorney

                                           _____/s/_____
                                             MARC P. WOLF
                                             Special Assistant United States Attorney

//
//
//

NOTICE OF DISMISSAL
CR 12-0444 MAG

The Court hereby grants leave to dismiss the above Information without prejudice.

DATED: June 25, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 12-0444 MAG